# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2007

133484

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

RAYMOND D. DAVIS,
   Defendant-Appellee.

SC: 133484
COA: 276674
Wayne CC: 06-014376-01

_____/

   By order of March 23, 2007, this Court granted immediate consideration and a stay of trial court proceedings.  On order of the Court, the application for leave to appeal the March 22, 2007 order of the Court of Appeals is considered and, in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.  We further ORDER that the stay entered by this Court on March 23, 2007, remains in effect until completion of this appeal.  On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2007

_____
Clerk

p0417